■ The People of the State of New York, Respondent, v Ivan Gonzalez, Respondent.—Appeal by the defendant from a judgment of the County Court, Westchester County (Cowhey, J.), rendered July 31, 1986.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.

■ The People of the State of New York, Respondent, v Renee H., Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pesce, J.), rendered March 10, 1986, adjudicating her a youthful offender, upon her plea of guilty of robbery in the first degree, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.